# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal Case No. 3:13-cr-150 |
| vs. | : Judge Timothy S. Black |
| AMANDA BURNS, | : |
| Defendant. | : |

## ORDER TO REASSIGN CASE
## TO DAYTON-BASED DISTRICT JUDGE

The Clerk of Court is hereby **ORDERED** to randomly reassign the above-captioned case from the docket of the Honorable Timothy S. Black to a Dayton-based District Judge.

**IT IS SO ORDERED.**

Date: 1/8/20

Timothy S. Black
United States District Judge